### IN THE UNITED STATES DISTRICT COURT FOR THE
### WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| WAYNE A. MORGAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No.   CIV-10-0465-F |
| ) | |
| MICHAEL J. ASTRUE, Commissioner ) | |
| of the Social Security Administration, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Plaintiff Wayne A. Morgan brings this action seeking judicial review of the decision of the Commissioner denying his application for disability insurance benefits, and denying his application for supplemental security income benefits.

Magistrate Judge Shon T. Erwin issued a Report and Recommendation in this matter on October 11, 2011 (doc. no. 19), recommending that the Commissioner's decision be reversed and that the matter be remanded for further proceedings consistent with the Report and Recommendation. The Magistrate Judge's Report advised the parties of their right to object to the Report and Recommendation by October 31, 2011. The Report also advised that failure to make timely objection to the Report waives the right to appellate review of factual and legal issues contained in the Report. Neither party has filed an objection to the Report, and neither party has requested an extension of time within which to file any objection to the Report.

With no objection being filed, and having reviewed the Report, the record, and the relevant arguments and authorities, the court finds that no purpose would be served by setting out any further analysis here and that the Report should be adopted in its entirety.

Accordingly, the court **ACCEPTS**, **AFFIRMS**, and **ADOPTS** the findings and recommendations of Magistrate Judge Erwin as stated in the Report and Recommendation. The Commissioner's decision denying benefits is hereby **REVERSED** and this matter is **REMANDED** for further proceedings consistent with the Report and Recommendation.

Dated this 4th day of November, 2011.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

10-0465p002.wpd